**Order filed February 11, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-01010-CR
_____

**LUIS GILBERT ABREGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1578737**

## ORDER

An earlier appeal from trial cause number 1578737 was assigned to the First Court of Appeals. Despite the earlier assignment, the appeal from the final conviction was assigned to this court. The clerk's record in this appeal contains a transcript referral page directing us to refer to the transcript that was forwarded to the First Court of Appeals on May 16, 2018.

We order the Harris County District Clerk to file in this court any clerk's record, original or supplemental, that was filed in the appeal from trial cause number 1578737 in the First Court of Appeals. The record shall be filed in this court on or before **February 14, 2020**.


PER CURIAM